UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XAVIER L SMITH,

        Plaintiff,

   v.

PAYPAL HOLDINGS, INC.,

        Defendant.

Case No.  25-cv-00847-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Beth Labson Freeman for consideration of whether the case is related to 24-cv-9470-BLF *Wendover Productions, LLC v. PayPal Inc.*

**SO ORDERED.**

Dated: January 28, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge